DannLaw
Javier L. Merino, Esq., #078112014
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Phone: 216-373-0539
Fax: 216-373-0536
notices@dannlaw.com
Attorneys for Debtor

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
|  | x | CHAPTER 13 |
| IN RE: | x | CASE NO.: 17-27593-RG |
|  | x |  |
| Mariela Jacqueline Lopez. | x | NOTICE OF MOTION FOR COMPENSATION |
|  | x |  |
| Debtor | x |  |
|  | x | HEARING DATE: May 2, 2018 at 10:30AM |

PLEASE TAKE NOTICE that the undersigned, attorney for the Debtor, will apply to the above-named Court at the U.S. Bankruptcy Court House at 50 Walnut Street, 3rd Floor, Courtroom 3E, Newark, NJ 07102 on May 2, 2018, at 10:30AM., or as soon thereafter as counsel may be heard, for an Order Granting Supplemental Chapter Fees

An accompanying brief has not been submitted because Local Rule permits a Debtor to file the instant Motion supported by a Certification attesting to the operative circumstances and the Movant's entitlement to the relief requested.

PLEASE TAKE FURTHER NOTICE that if you contest this Motion, you must appear in Court on the date noted above and you are further required to file with the Court and serve on the undersigned a written response, in accordance with Rules of Court, no later than 7 days prior to the hearing date set forth herein. If a written response is not served and filed, the Court will treat this Motion as uncontested and may not conduct a hearing.

DannLaw
BY:    /s/ Javier L. Merino
          Javier L. Merino, Esquire

DATED:    March 30, 2018