**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

MARIELA JACQUELINE LOPEZ

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Chapter 13 Case No.:  17-27593 RG

CERTIFICATION IN SUPPORT OF DEFAULT

I, Lauren O'Shea, being of full age certify that:

- I am an administrator for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

- On 11/15/2017, the above Chapter 13 Petiton was scheduled for a Confirmation/Motion Hearing before the Honorable ROSEMARY GAMBARDELLA.

- Judge ROSEMARY GAMBARDELLA entered an Order directing the debtor(s) to:
    - provide the Trustee with 2017 Tax Return
  by 04/15/2018.

- To date, the debtor(s) has not acted in accordance with said provisions.

- It is further submitted that same Order Confirming Plan ordered that any tax refund in excess of $1,500.00 was to be paid into the plan or the case would be dismissed. Absent debtor(s)' 2017 Tax Return the Trustee cannot determine if any further monies are to be turned over to the Trustee

- It is further submitted that:
    - The debtor(s), as of the date of this Certification is delinquent a total of $5130.00.

- For the reasons set forth above, the Trustee recommends this case be dismissed.

- Any objection to this Certification of Default must be filed with the court and served upon the Chapter 13 Trustee within 14 days of 04/30/2018.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated:  April 30, 2018

By:  /S/  Lauren O'Shea
Lauren O'Shea
Administrator