IN THE UNITED STATES BANKRUPTCY C⏄
DISTRICT OF NEW JRESEY

**Order Filed on May 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In RE:<br><br>Mariela J. Lopez<br><br>                     Debtor. | Case No. 17-27593<br><br>Chapter 13<br><br>Hon. Rosemary Gambardella<br><br>**Order Granting Debtor's Motion to Approve Permanent Loan Modification** |
| --- | --- |

       This matter has come before the Court upon the Motion of the Debtor for an Order approving the permanent loan modification to their home mortgage

       The Court finds the Motion to be well taken and GRANTED.

**DATED: May 24, 2018**

_Rosemary Gambardella_
Honorable Rosemary Gambardella
United States Bankruptcy Judge

It is, therefore, ORDERED, that

1)      The fully executed permanent loan modification attached herein is incorporated by reference.

2)      The total mortgage payment, effective April 1, 2018, is $2,430.47 and will continue to be made by the Debtor outside the plan.

3)      The pre-petition arrearage contained in the Proof of Claim held by Mr. Cooper (Claim #1) shall be eliminated as the modified principal balance includes the re-amortization of the pre-petition mortgage arrearage in the modified principal balance.

4)      Debtor is granted approval to enter into a permanent loan modification

5)      If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within ninety (90) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

6)      If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within ninety (90) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

7)      The Debtor shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

**IT IS SO ORDERED.**

# # #

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-27593-RG
Mariela Jacqueline Lopez                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 1          Date Rcvd: May 25, 2018
                           Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
db            +Mariela Jacqueline Lopez,    438 W. Grand Street,    Elizabeth, NJ 07202-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
        Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         cwohlrab@logs.com,   njbankruptcynotifications@logs.com
        Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgag LLC cwohlrab@logs.com,
         njbankruptcynotifications@logs.com
        Javier L. Merino    on behalf of Debtor Mariela Jacqueline Lopez jmerino@dannlaw.com,
         notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;brittany@dannlaw.com
        Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         cmecf@sternlav.com
        Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                             TOTAL: 7