**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
MARIELA JACQUELINE LOPEZ

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  17-27593RG

HEARING DATE:  Not Yet Scheduled

**TRUSTEE'S OBJECTION TO APPLICATION FOR RETENTION OF PROFESSIONAL**

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to application for retention of professional, respectfully objects as follows:

- The fees sited in the retention application are duplicative of the ones included in debtor attorney's fee application.
- There is no retainer or other agreement annexed to same and executed by the debtor.
- The party has not been timely retained and thus not entitled to fees. Both counsel and the party should know that already.
- The fees cited, when coupled with debtor's counsel's fee application, are duplicative and excessive.

It is for these reasons that the application for retention of professional should be denied.

Dated:  May 30, 2018

By:  /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee